# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

v.                 **CASE NO. 4:15CR00026 BSM**

**JAMES L. McHAM**                                                           **DEFENDANT**

## ORDER

The government's motion to dismiss [Doc. No. 3] is granted, accordingly the misdemeanor information against defendant James L. McHam is hereby dismissed without prejudice.

IT IS SO ORDERED this 2nd day of April 2015.

                                                      */s/ Brian S. Miller*
                                              UNITED STATES DISTRICT JUDGE